MINUTE ENTRY
ROBY, M.J.
MAY 6, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL

VERSUS                                NO. 24-105

JOVANNA R. GARDNER                    SECTION: D

**CRIMINAL ARRAIGNMENT**

APPEARANCES:   X   DEFENDANT
               X   COUNSEL FOR DEFENDANT   FPD/CJA  Graham Bosworth
               X   ASSISTANT U.S. ATTORNEY  MATTHEW PAYNE
                   INTERPRETER                             SWORN
               (TIME:          .M to          .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 26, 2024 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY D. VITTER**

X / TRIAL: **JULY 15, 2024 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY D. VITTER**

MJSTAR: 00: 02