UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-105 |
| JOVANNA R GARDNER | SECTION: "D" |
| | VIOLATIONS: 18:1349, 18:1512(k), 18:1512(a)(1)(C), 18:1512(a)(3)(A), 18:1513(a)(1)(B), 18:1513(a)(2)(A) and 18:2 |

**NOTICE OF ARRAIGNMENT**

Take notice that this criminal case has been set for **ARRAIGNMENT** on **JUNE 18, 2024, at 12:30 p.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  June 18, 2024 | CAROL L. MICHEL, CLERK<br>by:  Melissa Verdun, Deputy Clerk |
| TO: **JOVANNA R GARDNER- (CUSTODY)** | |
| | AUSA: Matthew Payne, Brian Klebba and Jeffrey McLaren |
| **Counsel for Defendant- Jovanna Gardner:**<br>Graham Bosworth, Esq.- CJA-<br>gbosworth@bosworthtown.com | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| | Interpreter: **none** |
| **If you change address, notify clerk of court by phone, 504-589-7708** | **FBI- Special Agent Michael Heimbach** |