```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2024 JUN 18  P 12: 40
                                                    CC
                              CAROL L. MICHEL
                                  CLERK
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

### SUPERSEDING BILL OF INFORMATION FOR
### CONSPIRACY TO COMMIT WITNESS TAMPERING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"(1)** |
| **JOVANNA R. GARDNER** | * | **VIOLATIONS:** 18 U.S.C. § 1512(b)(3) |
| | | 18 U.S.C. § 1512(k) |

\*    \*    \*

The Attorney for the United States charges that:

### COUNT 1

**A.**   **AT ALL TIMES MATERIAL HEREIN:**

1. Defendant **JOVANNA R. GARDNER** resided in the New Orleans metropolitan area.

2. Cornelius Garrison, a/k/a "Poonie," a/k/a "Slim," was also a resident of the New Orleans metropolitan area. In or around October 2019, Garrison began covertly cooperating with the federal government concerning staged automobile collisions.

3. On or about September 18, 2020, Garrison was charged in an indictment in the Eastern District of Louisiana with conspiracy to commit mail fraud and other offenses related to the staged collisions.

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

B. **CONSPIRACY TO COMMIT WITNESS TAMPERING:**

Beginning at a time unknown, and continuing until at least September 22, 2020, in the Eastern District of Louisiana and elsewhere, the defendant, **JOVANNA R. GARDNER**, and others known and unknown to the Attorney for the United States, did knowingly and intentionally combine, conspire, confederate, and agree to corruptly persuade Cornelius Garrison with intent to hinder, delay, or prevent communications by Garrison to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

C. **OVERT ACTS:**

In furtherance of the conspiracy and to accomplish its purposes, on or about September 22, 2020, **JOVANNA R. GARDNER** sent text messages to Garrison, portraying herself as another person, to arrange a meeting with Garrison.

All in violation of Title 18, United States Code, Section 1512(k).

### NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Superseding Bill of Information are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JOVANNA R. GARDNER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses.

3.  If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515

_____
MATTHEW R. PAYNE
Assistant United States Attorney

_____
BRIAN M. KLEBBA
Assistant United States Attorney

_____
J. RYAN McLAREN
Trial Attorney
Criminal Division
U.S. Department of Justice

New Orleans, Louisiana
June 18, 2024

FORM OBD-34

No. 24-105 "D"(1)

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

vs.

## JOVANNA R. GARDNER

# SUPERSEDING BILL OF INFORMATION

## FOR CONSPIRACY TO COMMIT WITNESS TAMPERING

**VIOLATIONS:** 18 U.S.C. § 1512(b)(3)
18 U.S.C. § 1512(k)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day of* _____ *A.D. 2024.*

_____
*Clerk*

Bail, $ _____

_____
**MATTHEW R. PAYNE**
Assistant United States Attorney