MINUTE ENTRY
VITTER, J.
JUNE 18, 2024
JS10:  00:48

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| JOVANNA R GARDNER | SECTION "D" |

## ARRAIGNMENT

| | |
|---|---|
| Courtroom Deputy: | Melissa Verdun |
| Court Reporter: | Nichelle Wheeler |
| Law Clerk: | Tate Curington |

APPEARANCES:   Matthew Payne, Jeffrey McLaren and Brian Klebba, Asst. U. S. Attorneys
Graham Bosworth, Counsel for Defendant
Shalita Morgan, U. S. Probation Officer
Jovanna R Gardner, Defendant

Court begins at 12:44 p.m.
Case called; all present and ready.
Government advises the Court that it has filed a Superseding Bill of Information as to Defendant Gardner.
Court accepts and files the Superseding Bill of Information into the record.
Defendant sworn and questioned by the Court.
Government submits the executed waiver of Indictment and same is filed.
Superseding Bill of Information read.
Defendant informed of maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of constitutional rights pursuant to Fed. R. Crim. P. 11, including right to trial by jury or by the court and waives same.
Counsel for defendant questioned by the Court.
Government submits Plea Agreement and same is filed.
Government summarizes the factual basis for the Court.
Government submits the factual basis to the court and same is filed.
Defendant admits to the correctness of the factual basis.
Defendant pleads Guilty as to Count 1 of the Superseding Bill of Information. Court finds the plea knowingly and voluntarily entered.

CR 24-105 "D"
Page 2- Arraignment Minutes
June 18, 2024

Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation ORDERED.
Sentencing is set for **TUESDAY, NOVEMBER 19, 2024, AT 10:00 A.M.**
**IT IS FURTHER ORDERED** that the pretrial conference and trial dates as to this defendant only are continued without date.
Defendant is remanded to the custody of the U.S. Marshal.
Court adjourned at 1:32 p.m.

*WBV*