UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| v. | * | NO. 24-105 |
| JOVANNA R. GARDNER | * | SECTION: "D"(1) |

## MOTION TO REOPEN DETENTION HEARING

**NOW COMES** defendant Jovanna Gardner, who through undersigned counsel, respectfully moves this Honorable Court to reopen the detention hearing in this matter.

**WHEREFORE,** the defendant respectfully requests that this Honorable Court reopen the detention hearing, and find that there are conditions, specifically home incarceration with electronic monitoring, under which the defendant can be released, pending eventual sentencing in this case.

Respectfully submitted this 6th day of August, 2024.

LAW OFFICE OF GRAHAM BOSWORTH

/s/ Graham Bosworth
GRAHAM BOSWORTH, #29538
700 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 507-0831
gbosworth@bosworthlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Matthew Payne, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130.

/s/ Graham Bosworth
GRAHAM BOSWORTH, #29538