**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| **VERSUS** | * | **NO. 24-15** |
| **JOVANNA GARDNER** | * | **SECTION "D"(1)** |

**NOTICE OF HEARING**

TO:  Matthew Payne
 Assistant United States Attorney
 650 Poydras Street, Suite 1600
 New Orleans, Louisiana 70130

Please take notice that the undersigned will bring the attached Motion to Reopen Detention Hearing before the Honorable Wendy Vitter, United States District Judge, 500 Poydras Street, Room C368, New Orleans, Louisiana, at **1:30 o'clock p.m.** on the **27th day of August, 2024**.

Respectfully submitted,

THE LAW OFFICE OF GRAHAM BOSWORTH

*/s/ Graham Bosworth*
_____
Graham Bosworth, La. Bar # 29538
700 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 507-0831
gbosworth@bosworthlegal.com