UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105-2 |
| JOVANNA R. GARDNER | SECTION: D (1) |

## ORDER

**IT IS HEREBY ORDERED** that a Telephone Status Conference is scheduled for **Tuesday, October 15, 2024 at 10:00 a.m. (CST)**. Dial-in information will be emailed to counsel of record.

New Orleans, Louisiana, October 10, 2024.

**WENDY B. VITTER**
**United States District Judge**