MINUTE ENTRY
VITTER, J.
OCTOBER 15, 2024
JS10, 0:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105-2 |
| JOVANNA R. GARDNER | SECTION: D (1) |

### TELEPHONE STATUS CONFERENCE REPORT

On October 15, 2024, at the Government's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

    **Graham L. Bosworth**
    Counsel for Defendant, Jovanna Gardner

    **Jeffrey R. McLaren, Matthew R. Payne**
    Counsel for the Government

During the conference, the Court discussed with counsel the status of the case and the upcoming sentencing hearing. All deadlines remain in effect.

New Orleans, Louisiana, October 15, 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**