UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-105 |
| v. | * | SECTION: "D"(1) |
| JOVANNA R. GARDNER | * | |
| | * | |

\* \* \*

## MOTION TO CONTINUE SENTENCING HEARING

**NOW INTO COURT**, comes the United States of America, through its undersigned attorneys, who respectfully moves this Honorable Court to continue the sentencing hearing date for defendant Jovanna R. Gardner. This is the first request for a continuance of Gardner's sentencing. Counsel for Gardner, Graham Bosworth, has no objection to this motion. In support of this motion, the undersigned counsel for the government states as follows:

I.

On May 3, 2024, a federal grand jury returned an indictment charging Ryan J. Harris and Jovanna R. Gardner with the following five counts: conspiracy to commit mail and wire fraud, conspiracy to commit witness tampering through murder, witness tampering through murder, conspiracy to retaliate against a witness through murder, and retaliation against a witness through murder. Rec. Doc. 1. The defendants were both arrested on May 6, 2024, and made their initial appearances the same day. *See* Rec. Docs. 10 & 13. Both defendants were ordered detained pending trial. *See* Rec. Docs. 26 & 34.

On June 18, 2024, Gardner pleaded guilty to a bill of information charging her with conspiracy to commit witness tampering. *See* Rec. Doc. 45. Her sentencing was set for November 19, 2024. She remains detained pending sentencing.

II.

The government and defense request additional time to review the PSR. While a final draft was recently issued, both defense and the government agree that additional time is needed for both parties to review it and consider any applicable objections. The parties may also file sentencing-relating briefing. Accordingly, the parties request that the sentencing date be continued for at least 60 days. Counsel for Gardner, Graham Bosworth, has been contacted and has no objection to this motion.

III.

**WHEREFORE**, the United States of America respectfully requests that the sentencing date for Jovanna R. Gardner above-captioned matter be continued for at least 60 days.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/ *Matthew R. Payne*
                                      MATTHEW R. PAYNE
                                      Assistant United States Attorney