UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **JOVANNA R. GARDNER** | **SECTION: D (1)** |

### ORDER

**IT IS HEREBY ORDERED** that the Sentencing Hearing of Jovanna R. Gardner scheduled for February 18, 2025 at 3:00 p.m. is **CONTINUED** until **Tuesday, October 21, 2025 at 1:30 p.m.**

New Orleans, Louisiana, February 14, 2025.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**