# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"** |
| **SEAN D. ALFORTISH,** *et al.* | * | |
| | * * * | |

## MOTION FOR LEAVE TO FILE UNDER SEAL
## GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM FOR A
## STATUS CONFERENCE CONCERNING LOCAL CRIMINAL RULE 53.3(F)

**NOW INTO COURT**, comes the United States of America, through the undersigned attorneys, and moves for leave to file the accompanying Government's Motion and Incorporated Memorandum in Support of its Motion for a Status Conference Concerning Local Criminal Rule 53.3(F) with exhibits under seal. The United States respectfully submits that filing this pleading under seal is necessary for the reasons stated in that pleading. Accordingly, the Government prays that leave is granted for the accompanying pleading and exhibits to be filed under seal in the record.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Matthew R. Payne*
                                                MATTHEW R. PAYNE
                                                Assistant United States Attorney